CRIMINAL COURTROOM MINUTES - PTC

CASE NO: 07-CR-159-C-05   CASE NAME: USA v. Skye Archambault

JUDGE: Crocker   CLERK: Jacobson   DATE: 1/24/08   DAY: Thurs.

APPEARANCES: GOVERNMENT BY: Dean Graber

DEFENDANT BY: Reed Cornia

Reporter: Swenson

DEFENDANT PRESENT: (X) YES  ( ) NO
EXCUSED BY COURT:  ( ) YES  ( ) NO

MOTIONS FILED: (Y) YES  ( ) NO
DOCKET NO:   DESCRIPTION:          *STATUS:

| Docket No | Status |
|---|---|
| 75 | DAU |
| 76 | DAU |
| 85 | G |

Expert disclosure: Govt 2/19/08

  Deft 3/3/08

*DAU (DENIED AS UNNECESSARY)   *GIP (GRANTED IN PART)

TRIAL ESTIMATE: _____   TRIAL DATE: _____
BRIEFING SCHEDULE: _____

START TIME: 1:10   END TIME: 1:45   TOTAL TIME: 35"

TAPE NO: _____
COUNTER NO: _____